# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALTSHARES EVENT-DRIVEN ETF, on behalf of itself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>FOCUS FINANCIAL PARTNERS, INC., RUEDIGER ADOLF, RAJINI SUNDAR KODIALAM, JAMES D. CAREY, FAYEZ S. MUHTADIE, GEORGE S. LEMIEUX, ELIZABETH R. NEUHOFF, JOSEPH FELICIANI, Jr., JAMES SHANAHAN, LEONARD CHANG, and J. RUSSELL MCGRANAHAN,<br><br>　　　　　　　Defendants. | Case No.<br><br>CLASS ACTION |

## MOTION TO FILE COMPLAINT UNDER SEAL

Plaintiff AltShares Event-Driven ETF ("Plaintiff" or "AltShares") by and through its undersigned attorneys and for the benefit of the defendant, Focus Financial Partners, Inc. ("Focus Financial" or the "Company"), moves for leave to file its complaint ("Complaint") against Defendants Focus Financial, Ruediger Adolf, Rajini Sundar Kodialam, James Shanahan, Leonard Chang, J. Russell McGranahan, George S. LeMieux, Elizabeth R. Neuhoff, Greg S. Morganroth, Joseph Feliciani, Jr., James D. Carey, and Fayez S. Muhtadie ("Defendants"), and, in support thereof, states as follows:

　　1.　　Plaintiff's Complaint seeks to remedy Defendants' violations of §§ 10(b),14(a), and 20(a) of the Securities Exchange Act of 1934.

　　2.　　On November 2, 2023, Plaintiff filed a Notice of Challenge to Confidential

Treatment (the "Challenge") of certain pleadings and exhibits filed in the matter *Police & Fire Retirement System v. Focus Financial Partners Inc.*, No. 2023-0711-SEM, pending in the Delaware Court of Chancery.

3. On November 22, 2023, Focus Financial agreed to produce certain confidential information sought in the Challenge in exchange for Plaintiff withdrawing the Challenge and entering into a negotiated Production, Confidentiality, and Non-Disclosure Agreement (the "Confidentiality Agreement").

4. Section 8 of the Confidentiality Agreement requires Plaintiff to file any complaint or other pleading referencing the material produced under the Confidentiality Agreement under seal.

5. Plaintiff's Complaint refers throughout to material subject to the Confidentiality Agreement.

6. Plaintiff respectfully submits good cause exists to initially seal the Complaint because without the protections sought herein, Defendants would likely assert Plaintiff breached the Confidentiality Agreement by publicly filing the Complaint.

7. Thus, Plaintiff respectfully requests that the Court enter an Order: (1) granting Plaintiff leave to file the Complaint under seal; (2) in the event Defendants contend the Complaint shall remain sealed, requiring Defendants to move to maintain the sealing of the Complaint within 21 days of service of the Complaint; and (3) in the event Defendants agree the Complaint should be public or fail to move as required in subpart (2) above, requiring Plaintiff to publicly file the Complaint within 28 days of service of the Complaint.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and such further relief as the Court deems just and proper.

Plaintiff respectfully requests a trial by jury on all issues so triable.

Dated: December 26, 2023

Respectfully submitted,

**FARNAN LLP**

By: /s/ *Michael J. Farnan*
Sue L. Robinson (Bar No. 100658)
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Emails: srobinson@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Liaison Counsel for Plaintiff AltShares Event-Driven ETF*

Vincent R. Cappucci (*pro hac vice forthcoming*)
Robert N. Cappucci (*pro hac vice forthcoming*)
Jonathan H. Beemer (*pro hac vice forthcoming*)
**ENTWISTLE & CAPPUCCI LLP**
230 Park Avenue, 3rd Floor
New York, New York 10169
Telephone:  (212) 894-7200
Facsimile:  (212) 894-7272
Email:  vcappucci@entwistle-law.com
rcappucci@entwistle-law.com
jbeemer@entwistle-law.com

*Lead Counsel for Plaintiff AltShares Event-Driven ETF*

Thomas Curry (Bar No. 5877)
**SAXENA WHITE P.A.**
824 N. Market St., Suite 1003
Wilmington, DE 19801
Telephone: (302) 485-0483
Facsimile: (888) 424-8566
Email: tcurry@saxenawhite.com

David J. Schwartz (*pro hac vice forthcoming*)

David Wales (*pro hac vice forthcoming*)
**SAXENA WHITE P.A.**
10 Bank Street, Ste. 882
White Plains, New York 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
Email: dwales@saxenawhite.com
      dschwartz@saxenawhite.com

Adam Warden (*pro hac vice forthcoming*)
Jonathan Lamet (*pro hac vice forthcoming*)
**SAXENA WHITE P.A.**
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
Email: awarden@saxenawhite.com
      jlamet@saxenawhite.com

***Additional Counsel for Plaintiff AltShares Event-Driven ETF***