IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE FOCUS FINANCIAL PARTNERS SECURITIES LITIGATION | ) ) ) C.A. No. 23-1466 (MN) |

**ORDER**

At Wilmington this 31 day of March, 2025:

For the reasons set forth in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that:

1. Defendants' motion to dismiss (D.I. 26) the Consolidated Class Action Complaint (D.I. 19) for failure to state a claim is GRANTED; and

2. Plaintiffs' claims are hereby DISMISSED WITHOUT PREJUDICE.

3. To the extent Plaintiffs believe they can replead to address the deficiencies outlined in the Memorandum Opinion, they may do so by agreement of the parties or by using the Court's procedures for seeking leave to amend.

The Honorable Maryellen Noreika
United States District Judge